Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 21−16980−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David A Thomas Jr.
   aka David Anthony Thomas Jr.
   13 Marcia Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4649

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 9, 2021.

Dated: December 9, 2021
JAN: har

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 21-16980-ABA

David A Thomas, Jr.                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                           User: admin                                          Page 1 of 3

Date Rcvd: Dec 09, 2021                          Form ID: plncf13                                   Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A Thomas, Jr., 13 Marcia Court, Sicklerville, NJ 08081-2018 |
| cr | + | Lakeview Loan Servicing, LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519299174 | + | Barry Rosenberg, Esq., 1040 Kings HIghway, Cherry Hill, NJ 08034-1925 |
| 519344513 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519299178 | + | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519299180 | | M & T Bank, C/O Lakeview, Po Box 619063, Dallas, TX 75261-9063 |
| 519299182 | + | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 519299186 | + | Totorices Contractors, 161 Blackwood Barnsboro Road, Sewell, NJ 08080-4201 |
| 519299187 | + | US Department of Veterans Affairs, P.O. Box 3978, Portland, OR 97208-3978 |
| 519299188 | + | Wells Fargo Auto Finance, Attn: Bankruptcy, Po Box 29704, Phoenix, AZ 85038-9704 |
| 519299189 | + | Wfhm, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |
| 519299190 | + | Winslow Crossing HOA, 1 Manor Court, Sicklerville, NJ 08081-2017 |
| 519307379 | + | Winslow Crossing Homeowners Association, Barry W. Rosenberg, Esquire, 1040 N. Kings Highway, Suite 205, Cherry Hill, NJ 08034-1925 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519299173 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 09 2021 20:35:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 519326314 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 09 2021 20:35:00 | Atlantic City Electric Company, Atlantic City Electric Co. Bankruptcy Di, 5 Collins Drive, Suite 2133/ Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519299175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2021 20:35:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519328957 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2021 20:35:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519299177 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2021 20:35:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519344513 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2021 20:35:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519299178 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2021 20:35:00 | ECMC Group, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 519299179 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2021 20:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 519299176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 09 2021 20:35:57 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519336014 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 20:35:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519323745 | | Email/Text: camanagement@mtb.com | Dec 09 2021 20:35:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519299181 | + | Email/PDF: pa_dc_claims@navient.com | Dec 09 2021 20:36:05 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 519301651 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2021 20:35:54 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519299183 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 21:01:12 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519299184 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2021 20:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519299185 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 09 2021 20:35:00 | TBOM/ATLS/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519451006 | + | Email/Text: chegyi@winslowtownship.com | Dec 09 2021 20:35:00 | Township of Winslow, Township Of Winslow Tax Collector, 125 South Route 73, Braddock, NJ 08037-9422 |
| 519299191 | + | Email/Text: chegyi@winslowtownship.com | Dec 09 2021 20:35:00 | Winslow Township, 125 Route 73, Hammonton, NJ 08037-9422 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2021       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor David A Thomas Jr. bradsadek@gmail.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2021 | Form ID: plncf13 | Total Noticed: 31 |

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4