UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

David A. Thomas, Jr.,

Debtor.

Case No.:      21-16980-ABA

Chapter:              13

Hearing Date:      1/18/2022

Judge:            Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 13 Marcia Court, Sicklerville, NJ (Docket # 16)

_____

Date: 1/17/2022                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*