UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SADEK LAW OFFICES
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor

Order Filed on September 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David A. Thomas, Jr.

Case No.:         21-16980 (ABA)

Chapter:          13

Hearing Date:     September 19, 2023

Judge:            Andrew B. Altenburg

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3), is **ORDERED**.

DATED: September 19, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____13 Marcia Court, Sicklerville, NJ 08081_____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ❏ Satisfy all Plan obligations from financing proceeds
- ❏ Continue to make payments under the Plan as proposed or confirmed
- ☒ Modify the Plan as follows:
  Debtor(s) case shall continue at $13,014.00 paid to date, then $544.00 for remianing 35 months commencing October 1, 2023. (Said figure is inclusive of $500 counsel fee being rolling into the case for the instant motion)

ORDERED that debtor's counsel shall be allowed a legal fee of $ __500.00__ for representation in connection with this motion, which is to be paid (**choose one**):

❏ at closing          ☒ through the plan          ❏ outside the plan;

and it is further

  ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

  ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

    ☐ is applicable  ☒ is not applicable

  ORDERED that the following other provisions apply:

*rev.1/12/22*