| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 23-029738<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR LAKEVIEW LOAN SERVICING, LLC |

| In Re: | Case No.: 21-16980-ABA |
|---|---|
| DAVID A. THOMAS, JR.,<br>　　　　　　　　　　　DEBTOR | Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled　　　　　　　☒ Withdrawn

Matter: <u>Notice of Mortgage Payment Change</u> filed on <u>June 28, 2023</u> at <u>Claim No. 4</u>

Date:　<u>10-11-2023</u>　　　　　　　/s/Elizabeth L. Wassall
　　　　　　　　　　　　　　　　　　Signature

*rev.8/1/15*