Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21–16980–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David A Thomas Jr.
   aka David Anthony Thomas Jr.
   13 Marcia Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–4649

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         January 2, 2024
Time:         10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*37* – Certification in Opposition to Creditors Certification of Default (related document:36 Creditor's Certification of Default (related document:19 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Elizabeth L. Wassall on behalf of Lakeview Loan Servicing, LLC. Objection deadline is 12/5/2023. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Lakeview Loan Servicing, LLC) filed by Brad J. Sadek on behalf of David A Thomas Jr.. (Sadek, Brad)

and transact such other business as may properly come before the meeting.

Dated: December 1, 2023
JAN: dmb

                                                      Jeanne Naughton
                                                      Clerk