Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 21−16980−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David A Thomas Jr.
   aka David Anthony Thomas Jr.
   13 Marcia Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4649

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 1/21/25 at 10:00 AM

to consider and act upon the following:

**48** − Certification in Opposition to (related document:47 Creditor's Certification of Default (related document:41 Order Resolving Creditor's Certification of Default) filed by Elizabeth L. Wassall on behalf of Lakeview Loan Servicing, LLC. Objection deadline is 12/31/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification of Default # 4 Certification Regarding Payment History # 5 Exhibit A− Consent Order) filed by Creditor Lakeview Loan Servicing, LLC) filed by Brad J. Sadek on behalf of David A Thomas Jr.. (Sadek, Brad)

Dated: 12/31/24

                                   Jeanne Naughton
                                   Clerk, U.S. Bankruptcy Court