UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 23-029738
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR LAKEVIEW LOAN SERVICING, LLC

| In Re: | Case No.: 21-16980-ABA |
|---|---|
| DAVID A. THOMAS, JR., <br>                DEBTOR | Judge: HONORABLE ANDREW B. ALTENBURG, JR. |
| | Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled           ☒ Withdrawn

Matter: Creditor's Certification of Default     ECF Doc.: 47

Date:   1-14-2025                /s/Elizabeth L. Wassall
                                 Signature

*rev.8/1/15*